## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | | |
|---|---|---|
| IN RE: | § | CASE # 21-32505-KRH |
| | § | |
| Chenise D Deloach | § | LoanMe ACCT # 0315014652 |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |



### WITHDRAWAL OF LOANME CLAIM #3

COMES NOW LoanMe and moves the court to **WITHDRAW** the **PROOF OF CLAIM** filed September 28th, 2021 and found as docket entry #9.

**RESPECTFULLY SUBMITTED,**

By: _____

**REPRESENTATIVE OF LoanMe**

THE STATE OF ___Nebraska_____      §
                                                §
COUNTY OF ___Douglas_____       §

This instrument was acknowledged before me on ___Nov 18_____, 2021 by
__Aaron Pagan_____, authorized representative of LoanMe.

_____
NOTARY

General Notary - State of Nebraska
CRISSA M. SNIDER
My Comm. Exp. May 9, 2025.

# LOANME

11171 Mill Valley Road ◆ Omaha ◆ Nebraska ◆ 68154 ◆ Phone: (866) 798-4507 ◆

November 16, 2021

U.S. Bankruptcy Court
Eastern District of Virginia
ATTN: William C. Redden
701 East Broad Street
Richmond, VA 23219

RE: Chenise D Deloach
Bankruptcy case #:21-32505-KRH

Dear Mr. Redden:

Enclosed is our Withdrawal of Claim on the above referenced case number. Please file the Withdrawal of Claim on our behalf. A copy of the Withdrawal of Claim has been mailed to the Attorney and Trustee.

If you have any questions, I can be reached at 1-866-798-4507.

Sincerely,

Aaron Pagan
Bankruptcy Coordinator